

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-24-00522-CV

**IN THE INTEREST OF J.M.B.** and J.A.B., Children

From the 454th Judicial District Court, Medina County, Texas
Trial Court No. 23-01-28129-CV
Honorable Robert J. Falkenberg, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE VALENZUELA, AND JUSTICE BRISSETTE

In accordance with this court's opinion of this date, the portion of the trial court's Order of Termination that terminates appellant's parental rights to the children is REVERSED and judgment is RENDERED denying the intervenors' petition to terminate appellant's parental rights. In all other respects the trial court's Order of Termination is AFFIRMED. Costs of appeal are assessed against the parties who incurred them, except no costs of appeal are assessed against the appellant because she qualifies as indigent.

SIGNED March 12, 2025.

Irene Rios, Justice